**E-Filed 5/31/2011**

1  Perry J. Narancic, SBN 206820
   NARANCIC & KATZMAN, PC
2  325 Sharon Park Drive, #736
   Menlo Park, CA 94025
3  www.technologylitigationcounsel.com
   pnarancic@nk-pc.com
4  Tel: 650-814-7688
   Fax: 650-618-2700
5

6  Attorneys for Defendant
   MV TRADING, INC. dba MV TRADING, CO.
7

8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12 U.S. FOODSERVICE, INC.,                    CASE NO. 11 CV 1362 EDL

13              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                              ORDER EXTENDING TIME TO
14      v.                                    RESPOND TO COMPLAINT AND FOR
                                              RELIEF FROM CASE MANAGEMENT
15 MV TRADING, INC. dba MV TRADING, CO.,      SCHEDULE**

16              Defendants.                   **(Civ. L.R. 6-1(a))**

17

18

19
        Pursuant to Civ. L. R. 6-1(a), Plaintiff U.S. Foodservice, Inc. and Defendant MV Trading,
20
   Inc. dba MV Trading, Co., by and through their respective counsel, stipulate and agree as follows:
21
        WHEREAS Plaintiff U.S. Foodservice, Inc. served its Complaint for, *inter alia*, trademark
22
23 infringement on March 23, 2011;

24      WHEREAS Defendant MV Trading, Inc. dba MV Trading, Co. currently has until May 26,

25 2011 to answer or respond to the Complaint;

26      WHEREAS the parties previously stipulated to a 28-day extension of time for Defendant
27
   MV Trading, Inc. dba MV Trading, Co. to respond to Plaintiff's Complaint, from April 14, 2011 to
28
                                              1
   Stipulation to Extend Time and Continue Case Management Dates
   U.S. Foodservice, Inc. v. MV Trading, Case No. 11-1362 EDL

May 12, 2011, and to a 14-day second extension of time from May 12, 2011 through May 26, 2011;

WHEREAS pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order"), June 7, 2011 is the deadline for the parties to meet and confer pursuant to F.R. Civ.P. 26(f) and to either select an ADR process or notify the Court of the need for an ADR phone conference pursuant to Civ. L.R. 16-8 and ADR L.R. 3-5;

WHEREAS the parties are attempting to amicably resolve the litigation pending between them;

IT IS HEREBY STIPULATED AND AGREED that Defendant MV Trading, Inc. dba MV Trading, Co. shall have until June 9, 2011 to answer or otherwise respond to Plaintiff's Complaint.

IT IS FURTHER STIPULATED AND AGREED that the parties hereto jointly request that each of the dates in the Case Management Order, including the case management conference, be extended by 30 days.

DATED: May 26, 2011                         SCHIFF HARDIN LLP

                                                 By  /s/ Sarah D. Youngblood
                                                       Sarah D. Youngblood

                                          Attorneys for Plaintiff
                                          U.S. FOODSERVICE, INC.

2

Stipulation to Extend Time and Continue Case Management Dates
U.S. Foodservice, Inc. v. MV Trading, Case No. 11-1362 EDL

| | |
|---|---|
| DATED: May 26, 2011 | NARANCIC & KATZMAN, P.C. |

By  /s/ Perry J. Narancic
    Perry J. Narancic

Attorneys for Defendant
MV TRADING, INC. dba MV TRADING, CO.

## **DECLARATION OF CONSENT**

I, Perry J. Narancic, hereby declare pursuant to General Order 45, §X.B, that I have obtained concurrence in the filing of this Stipulation To Extend Time To Respond To Complaint and for Relief From Case Management Schedule from Sarah D. Youngblood, Esq.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of May, 2011.

        /s/ Perry J. Narancic

## **ORDER**

Pursuant to stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

The case management conference in the above-captioned case will be held on __August 5__, 2011 at 3:00 p.m.

Dated: __5/31/2011__                          _____
                                                      United States Magistrate Judge
                                                      District